UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia)

| IN RE:<br><br>**Marcos Gustavo Mercado & Amarilis Altagracia Mercado, aka Amarillis Altagracia Mercado**<br>Debtors | CHAPTER 13<br><br>CASE NO.: 19-11560-amc<br><br>HEARING DATE: July 7, 2020<br>TIME: 11:00 A.M.<br>PHILADELPHIA TELEPHONIC |
|---|---|

**ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, _____ ,it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

BY THE COURT:

_____
Date

**Date: July 16, 2020**

_____
**Judge Ashely M. Chan**
United States Bankruptcy Judge